UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE:<br><br>APPOINTMENT OF LEAH B. FOLEY<br>AS UNITED STATES ATTORNEY | )<br>)<br>)<br>)   25-mc- 91214 -FDS<br>)<br>)<br>) |

## ORDER OF APPOINTMENT

**SAYLOR, C.J.**

Pursuant to Title 28, United States Code, Section 546(d), and by vote of the United States District Court, Leah B. Foley is hereby appointed as the United States Attorney for the District of Massachusetts, effective May 20, 2025.

**So Ordered.**

_____
F. Dennis Saylor IV
Chief Judge, United States District Court
District of Massachusetts

Dated:  May 7, 2025